UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __1:22-mj-02016-AOR__

UNITED STATES OF AMERICA

vs.

RODOLFO HUMBERTO RODA MARTINEZ,
SAUL CASTELLON VALLES,
ISAC ROBERTO HODGSON HODGSON,
SANTO GARCIA OBANDO, and
EUGENIO ISIDORO DUARTE GONZALEZ,

  Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013?   ___ Yes   _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014?   ___ Yes   _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019?   ___ Yes   _X_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *Michele Vigilance*
Michele S. Vigilance
Assistant United States Attorney
Court ID No.: A5502091
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 432-1406
michele.vigilance@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | |
| ) | Case No. 1:22-mj-02016-AOR |
| RODOLFO HUMBERTO RODA MARTINEZ, ) | |
| SAUL CASTELLON VALLES, ) | |
| ISAC ROBERTO HODGSON HODGSON, ) | |
| SANTO GARCIA OBANDO, and ) | |
| EUGENIO ISIDORO DUARTE GONZALEZ, ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER REALIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about **December 24, 2021**, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Sections 70503(a)(1) and 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

HSI Special Agent William Marrero
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: 1/4/22

*Judge's signature*

City and state: Miami, Florida     Hon. Alicia M. Otazo-Reyes, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, William Marrero, being duly sworn, hereby depose and state the following:

1. I am a special agent with the Department of Homeland Security, Homeland Security Investigations (hereinafter HSI), and have been so employed since November 2001. I am presently assigned to the Office of the Special Agent in Charge Miami, Florida, where I am responsible for conducting narcotics smuggling investigations involving the use of marine vessels. As a special agent with HSI, I have participated in narcotics investigations involving physical and electronic surveillance; assisting with the control and administration of confidential sources; the importation of narcotics; and domestic drug organizations. I have spoken on numerous occasions with informants, suspects, and experienced narcotics investigators concerning the manner, means, methods and practices that drug traffickers use to further their drug trafficking organizations operations and the most effective methods of investigating and dismantling drug trafficking organizations.

2. As a law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 19, 21, 31 and 46 of the United States Code.

3. The information contained in this affidavit is submitted for the sole purpose of establishing probable cause to arrest **Rodolfo Humberto RODA-MARTINEZ, Saul CASTELON-VALLES, Isac Roberto HODGSON-HODGSON, Santo GARCIA-OBANDO, and Eugenio Isidoro DUARTE-GONZALEZ** for violating Title 46, United State Code, Sections 70503(a)(1) and 70506(b), that is each did knowingly and willfully conspire to possess with intent to distribute 3,856 pounds or more of marijuana, while on board a vessel subject to the jurisdiction of the United States. As such, this Affidavit does not contain the details of every

aspect of this investigation. Furthermore, this Affidavit is based on my personal knowledge, training, and experience as well as information obtained from other law enforcement personnel.

4. On or about December 15, 2021, while on patrol in the Eastern Pacific Sea a marine patrol aircraft (MPA) detected a fast vessel (GFV) approximately 83 nautical miles NNW of the island of Malpelo, Colombia, in international waters and upon the high seas. US Coast Guard Cutter (USCGC) James was diverted to intercept the go-fast vessel (GFV) and identified five persons on board.

5. To further identify the GFV that contained no indication of nationality, the USCGC deployed their HELO and a law enforcement detachment attempted to intercept the GFV. The boarding team reported five (5) persons on board who were later identified as **Rodolfo Humberto RODA-MARTINEZ, Saul CASTELON-VALLES, Isac Roberto HODGSON-HODGSON, Santo GARCIA-OBANDO, and Eugenio Isidoro DUARTE-GONZALEZ**, all of the subjects being of Nicaragua nationality. The GFV was treated as a vessel without nationality, therefore, subject to the jurisdiction of the United States and a full law enforcement boarding was conducted. During the boarding, the boarding team located approximately 64 bales of narcotics onboard that were plainly visible near the front (the bow) of the GFV. The bales totaled a combined at sea weight of approximately three thousand eight hundred fifty-six pounds of marijuana. The substance contained in one of the packages was tested and yielded a positive result for marijuana.

6. On December 15, 2021, the USCG transferred custody of all the detainees United States law enforcement officers in Miami, Florida where they first entered the United States.

7. Based on the foregoing facts, I submit that probable cause exits to believe that, while on board a vessel subject to jurisdiction of the United States, **Rodolfo Humberto RODA-**

2

MARTINEZ, Saul CASTELON-VALLES, Isac Roberto HODGSON-HODGSON, Santo GARCIA-OBANDO, and Eugenio Isidoro DUARTE-GONZALEZ did knowingly and willfully conspire to possess with the intent to distribute a controlled substance, that is 3,856 pounds or more of marijuana, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

FURTHER AFFIANT SAYETH NAUGHT.

_____
WILLIAM M. MARRERO, SPEACIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this __4th__ day of January 2022.

_____
HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

3